No. 73–1320. BOWMAN v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Stay of mandate of the Supreme Court of Florida and continuance of bond heretofore granted by MR. JUSTICE POWELL on January 17, 1974, vacated. Certiorari denied.

No. 73–1369. COCA COLA BOTTLING COMPANY OF NEW YORK, INC. v. PALMAROZZO. C. A. 2d Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 73–1410. THOMAS, SHERIFF v. BEASLEY. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 73–1571. NEW JERSEY DEPARTMENT OF INSTITUTIONS AND AGENCIES, DIVISION OF PUBLIC WELFARE, ET AL. v. HAUSMAN. Sup. Ct. N. J. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 73–1590. DYNEX INDUSTRIAL PLASTICS CORP. v. ANCHOR PLASTICS CO., INC. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1600. BAKER ET AL., TRUSTEES v. GÖTZ ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6130. CAUGHMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.